JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SERGEY MELKUMYAN,

              Petitioner,

     v.

FERETI SEMAIA, et al.,

              Respondents.

Case No. 5:26-cv-03019-MBK

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed.

Dated: __06/16/2026__

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE